

E-FILED
FEB 26 2020
Document #

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS WITMIRE<br><br>Plaintiff,<br><br>vs.<br><br>CONSTANCE WHITE #30191, an Individual;, and CITY OF LOS ANGELES, a municipal corporation and DOES 1 through 10.<br><br>Defendants. | CASE NO. CV16-01814 PSG (AFMx)<br>*Honorable Judge Philip S. Gutierrez*<br>Magistrate: Alexander F. MacKinnon<br><br>[PROPOSED] JUDGMENT AFTER TRIAL BY JURY |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD THEREIN:**

This action came on regularly for trial on February 18, 2020 in Courtroom "6A" of the United States District Court, before the Honorable Philip S. Gutierrez, United States District Judge. Plaintiff Matthew Thomas Whitmire was represented by Mark E. Overland and Courtney Overland. The Defendant Constance White was represented by Deputy City Attorney Hasmik Badalian Collins.

A jury of eight (8) persons were regularly empaneled and sworn. Witnesses were sworn and testified and documentary evidence was introduced and admitted into evidence. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on the issues, if after proper deliberations, they could do so. The jury deliberated and thereafter returned to the court with their unanimous verdict as follows, to-wit:

## VERDICT FORM

WE, THE JURY in the above entitled cause, unanimously find as follows on the question submitted to us:

**QUESTION NO. 1:**

1. Did Plaintiff Mathew Thomas Whitmire prove by a preponderance of the evidence that Defendant Constance White arrested him without probable cause on July 5, 2014 in violation of his constitutional rights under the Fourth Amendment?

    YES_____          NO __X____

Please sign and date the verdict form.

Dated: __2/19/20____          Signed: _____
                                           PRESIDING JUROR

2

# JUDGMENT

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

That judgment be, and hereby is, entered in favor of the Defendant CONSTANCE WHITE and against the Plaintiff MATHEW THOMAS WHITMIRE,

That the Plaintiff shall take nothing;

That the Defendant recovers her costs of suit herein.

Dated: 2/26/2020

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT COURT JUDGE